1
2
3
4
5                    **UNITED STATES DISTRICT COURT**
6                         **DISTRICT OF NEVADA**
7   ERNEST JORD GUARDADO,              )
                                        )
8            Plaintiff,                 )
                                        )
9        v.                             )          2:17-cv-00879-JCM-PAL
                                        )
10  STATE OF NEVADA EX REL et al.,      )          **ORDER**
                                        )
11           Defendant.                 )
                                        )
12  _____ )

13  **I.     DISCUSSION**

14          On March 27, 2017, Plaintiff, a prisoner in the custody of the Nevada Department of

15  Corrections ("NDOC"), submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and filed

16  an application to proceed *in forma pauperis*. (ECF No. 1, 1-1). On April 4, 2017, this Court

17  issued an order denying Plaintiff's application to proceed *in forma pauperis* without prejudice

18  to file a new application because Plaintiff's application had been incomplete. (ECF No. 4).

19  On April 13, 2017, Plaintiff filed a new application to proceed *in forma pauperis*. (ECF No. 6).

20  However, this application is also incomplete.[1]

21          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

22  application to proceed *in forma pauperis* and attach both an inmate account statement for the

23  past six months and a properly executed financial certificate. Plaintiff has not submitted an

24  inmate account statement. (*See* ECF No. 6). As such, the *in forma pauperis* application is

25  denied without prejudice. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1),

26  but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be

27

28
            [1] Plaintiff filed a motion for extension of time to file his application to proceed *in forma pauperis* (ECF No. 5) and then filed a motion to withdraw that motion (ECF No. 7). The motion to withdraw is granted and the motion for extension of time is denied as moot.

granted one final opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action. If Plaintiff chooses to file a new application to proceed *in forma pauperis* he must file a fully complete application to proceed *in forma pauperis*. If Plaintiff files another incomplete application to proceed *in forma pauperis*, the Court will dismiss the case in its entirety, without prejudice, to file a new case when Plaintiff is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 6) is DENIED without prejudice to file a new application.

IT IS FURTHER ORDERED that the motion to withdraw motion (ECF No. 7) is granted.

IT IS FURTHER ORDERED that the motion for extension of time (ECF No. 5) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, if Plaintiff's next application to proceed *in forma pauperis* is incomplete, the Court will dismiss the case, without prejudice, for Plaintiff to file a new case when he is able to acquire the necessary documents to file a complete application to proceed *in forma pauperis*.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

///

2

1        IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF

2  No. 1-1), but shall not file it at this time.

3

4        DATED: This 26th day of April, 2017.

5

6                          United States Magistrate Judge