HDSP
P-O Box 650
Indian Springs, Nev. 89070

```
         FILED              RECEIVED
         ENTERED            SERVED ON
                  COUNSEL/PARTIES OF RECORD

              APR - 6 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ERNEST GUARDADO
    Plaintiff
V.                        Case no. 2:17-CV-00879-JCM-BNW

STATE OF NEVADA, EX REL et al    MOTION REQUESTING LEAVE
    Defendants
                          TO AMEND CIVIL RIGHTS
                          COMPLAINT

Plaintiff Ernest Guardado hereby request leave of the court to amend his civil rights complaint in order to correct the name of Bruce Harkreader who was erroneously named Dale Harkreader, in accordance with this courts order (ECF No. 32). Plaintiff also erroneously named William Sandie as William Sandy.

Per this courts scheduling plaintiff has until April 7, 2020 to file an amended complaint. No amendments were made on any of the claims.

Dated this 29 day of March 2020

                          By Ernest J. Guardado
                          _____

Certificate of Service

I Ernest Guardado declare that due to the coronavirus plaintiff is unable to provide a copy of the above motion for leave. Please see attached notice.

IT IS ORDERED that ECF No. 41 is GRANTED as unopposed under LR 7-2(d).

IT IS SO ORDERED

DATED: May 01, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE