HDSP
P.O.Box 650
Indian Springs, Nev. 89070

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

         APR - 6 2020

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ERNEST GUARDADO
       Plaintiff,

v.                                       Case No. 2:17-cv-00879-JAD-BNW

STATE OF NEVADA EX REL et al             NOTICE TO THE COURT AND
       Defendants                        REQUEST FOR COPY OF DOCUMENTS

Plaintiff Ernest Guardado hereby gives notice to the court and declares that; Due to the coronavirus pandemic High Desert State Prison is on institutional lockdown indefinitely and has been so since March 18, 2020.

Due to the institutional lockdown plaintiff has zero access to the law library and is therefore unable to make and provide copies of the attached motion requesting leave to amend and/or second amended civil rights complaint to defendants.

Therefore plaintiff request this court to order the court clerk to provide a copy of the attached motion for leave and second amended complaint to both counsel for defendants (Henry H. Kim) and plaintiff as he is unable to do so.

The above is declared and signed under penalty of perjury.

Dated this 29 day of March 2020

By Ernest J. Guardado

---

IT IS ORDERED that ECF No. 42 is GRANTED in part and DENIED in part. It is granted to the extent that the Court will order the Clerk of Court to send Plaintiff a copy of ECF No. 41 but denied to the extent that the Court will not direct the Clerk of Court to mail a copy to defendants, who already received electronic service through CM/ECF.

IT IS SO ORDERED

DATED: May 01, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE