UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ERNEST JORD GUARDADO<br><br>  Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br><br>  Defendants. | Case No. 2:17-CV-00879-JCM (BNW)<br><br>ORDER |

Presently before the court is Tara Carpenter, James Dzurenda, Bruce Harkreader, and William Sandie's (collectively "defendants") motion for extension of time to file a motion for summary judgment. (ECF No. 49). Ernest Jord Guardado ("plaintiff") filed a response (ECF No. 51).

Defendants represent that the COVID-19 crisis warrants a 90-day extension of time to file a dispositive motion. (ECF No. 49 at 2). As a result of COVID-19, defendants' counsel "is working remotely and has limited access to documents and resources," thus limiting his ability to prepare a dispositive motion. *Id.* Further, defendants note that plaintiff's motion for order compelling discovery (ECF No. 46) is pending before the court. (ECF No. 49 at 2). A hearing on that motion is set for June 24, 2020. (ECF No. 47).

Plaintiff does not oppose defendants' motion "in its entirety," but instead notes that the COVID-19 pandemic has limited his access to the law library and other resources. (ECF No. 51). Plaintiff argues that COVID-19's impact on his ability to litigate this case is more significant than

the burden is places on defendants' counsel. *Id.* at 2. As a result, plaintiff believes that a 30-day extension is more appropriate. *Id.*

The court grants defendants' motion in full and extends the dispositive motion deadline by 90 days for both parties' benefit. If plaintiff cannot access the law library and is on 23-hour-a-day lockdown, he will be unable to prepare a response to any dispositive motions defendants may file.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion to extend time (ECF No. 49) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the parties shall file dispositive motions on or before Monday, September 7, 2020.

DATED June 5, 2020.

_____
UNITED STATES DISTRICT JUDGE

2