**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Ernest Jord Guardado,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>State of Nevada Ex Rel, et al.<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-00879-JCM-BNW<br><br>**ORDER** |

After reviewing the docket in this case, it has come to the Court's attention that the operative complaint has not been separately filed on the docket nor apparently served on defendant Quentin Bryne.

IT IS THEREFORE ORDERED that Clerk of Court must detach the operative complaint (ECF No. 41-1) and file it as a separate entry on the docket.

IT IS FURTHER ORDERED that the Clerk of Court must send Plaintiff a blank copy of form USM-285.

IT IS FURTHER ORDERED that Plaintiff shall have until November 3, 2020 to fill out and file the required USM-285 form. On the form, Plaintiff must fill in defendant Quentin Bryne's last-known address.

IT IS FURTHER ORDERED that the Clerk of Court is directed to issue a summons, under seal, for defendant Quentin Bryne, using the address Plaintiff provides on the filed USM-285 form.

IT IS FURTHER ORDERED that the Clerk of Court serve a copy of this order, the sealed and issued summons, the filed USM-285 form, and the operative complaint (ECF No. 41-1) on the U.S. Marshals Service.

IT IS FURTHER ORDERED that upon receipt of the USM-285 form, the U.S. Marshal shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on defendant Quentin Bryne.

DATED: October 14, 2020.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE