# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ernest Jord Guardado,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>State of Nevada Ex Rel, et al.,<br><br>　　　　　　Defendants. | Case No. 2:17-cv-00879-JCM-BNW<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Sanctions. ECF No. 96. Defendants opposed this motion at ECF No. 97. Plaintiff replied at ECF No. 99. The only issue for the Court to consider is whether Defendants should be sanctioned for their failure to comply with this Court's order at ECF No. 94.[1] In that order, the Court gave specific instructions to Defendants explaining what information needed to be supplemented. Defendants' response does not address that issue. For the Court to determine whether sanctions are appropriate, Defendants must supplement their response by August 30, 2021 and detail what they have done to comply with this Court's order at ECF No. 94.

DATED: August 16, 2021

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

---

[1] Whether Defendants misrepresented Plaintiff's willingness to meet and confer or whether Plaintiff previously violated specific local rules are inconsequential issues at this juncture and, in any event, do not constitute sanctionable actions under Fed. R. Civ. P. 37(b)(2)(A). Accordingly, the Court will only address the conduct that falls within that rule: the failure of a party to obey a discovery order.